| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 18, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Joe A. Bustos, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-2979 |
| | § | |
| United Parcel Service, Inc., *et al.*, | § | |
|    Defendants. | § | |

## Order of Adoption

On April 29, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (34) recommending that the court grant United Parcel Service's partial motion to dismiss. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed May 18, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge