| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Joe A. Bustos, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-2979 |
| | § | |
| United Parcel Service Inc. (UPS); | § | |
| and the Equal Employment | § | |
| Opportunity Commission, | § | |
|    Defendants. | § | |

# Order of Adoption

On June 30, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (44) recommending that the court dismiss Bustos's claims against the EEOC without prejudice. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on July _13_, 2020.

Lynn N. Hughes
United States District Judge